IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2013

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

**PARTNE A. KIESLING**

*PLAINTIFF*

VS.        CASE NO.: 4:13 cv 304 SWW

Michael A. Devlin, M.D.;
Laura Larson;
Arkansas Surgical Hospital;
John Doe Partners/stockholders in
    Arkansas Surgical Hospital #1-40;
Palomar Medical;
Cynosure, Inc.; and
John Does #41-100, and their successors,
    in their official and personal capacity,

This case assigned to District Judge Wright
and to Magistrate Judge Deere

*DEFENDANTS*

## COMPLAINT

Plaintiff, Partne A. Daugherty, *Pro se*, bring this Complaint against the defendants in their personal and official capacities, and in support of thereof states the following:

### INTRODUCTION

1. This is an action challenging the actions of the Defendants under 42 U.S.C. § 1983 and other relevant federal and state statutes governing the Health Care Personal Injury and Product Liability involving a breech of contract with

1

actual and/or constructive fraud in the performance [or lack thereof] of a contracted VASER LipoSelection Procedure, and the illegal substitution with and the improper and probable illegal use of the SmartLipo Yag 1064 nm laser, medical and other negligence, failure to protect, assault, battery, false imprisonment, defective medical product, violation of Federal and State Fair Trade Practice Acts, violation of federal law permitting FDA 510(K) clearances, failure to maintain records, other frauds, and acts which Plaintiff does not currently know the names of or corresponding statutes.

2. On May 20, 2011, Defendant Michael A. Devlin, of Pulaski County, Arkansas, failed to perform a contracted VASER LipoSelection Procedure, and instead substituted and illegal SmartLipo Laser device procedure, which he lacked the requisite training to use, without providing Plaintiff with informed consent. Upon information and belief was provided by Palomar Medical, Cynosure Medical, and/or its authorized agents. This Product should not be used on patients without their knowledge or consent. However, Plaintiff was made a proverbial guinea-pig so as the out-of-state businesses can try to sell an expensive laser. Subsequently, Defendant Devlin and others altered Plaintiff's medical records; concealed, lost and/or destroyed Plaintiff's medical records. Arkansas Surgical Hospital and its Partners/stockholders #1-40 failed to protect Plaintiff from the experimental procedure without proper consent and failed to maintain records of

the use of this equipment. John Does #41-100 conspired to commit above violations against Plaintiff in the interest of profit. Plaintiff received physical and financial injury.

## RELIEF REQUESTED

Plaintiff demands a jury trial; $10,000,000 in compensation, and Injuctive relief.

## CONCLUSION

Plaintiff requests a jury trial; $10,000,000 in compensation, and Injuctive relief.

May 20, 2013

Submitted,

*[signature]*

Partne Kiesling
P.O. Box 69
Jacksonville, AR 72078
501-350-5679
PartneKiesling@gmail.com

PHYSICIAN WEBSITE | ABOUT US | FIND A PHYSICIAN

VASER®

VASER IT ▾ GET RESULTS ▾ PATIENT RESOURCES ▾ Search

# Find a Physician

Physicians by Location | Physicians by Name

## Search Results

Clear results and search again

**Results 1 - 10 of 229** Refine Results

**A Dr. Eugene Sloan** Email Website

Aesthetic Plastic Surgery
8315 Cantrell Road
Suite 120
Little Rock , AR 72227

(501) 224-1300

Distance: 4.9 miles

**VASER Products:**
VASER Lipo®

**B Dr. Michael A. Devlin** Email Website

Devlin Cosmetic Surgery
10801 Executive Center Drive
Suite 303
Little Rock, AR 72211
United States

(501) 227-8811

Distance: 6.0 miles

**VASER Products:**
VASER Lipo®

**C Dr. Rhys L. Branman** Email Website

Little Rock Cosmetic Surgery Center
10809 Executive Center Drive
Suite 100
Little Rock, AR 72211
United States

(501) 227-0707

