IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


PARTNE A KIESLING,                          *
                                            *
                      Plaintiff,            *
vs.                                         *        No. 4:13CV00304 SWW
                                            *
MICHAEL A DEVLIN, ET AL,                    *
                                            *
                      Defendants.           *

**Order**

On May 19, 2014, the Court directed plaintiff to file within ten days proof of service of

the complaint she filed *pro se* on May 21, 2013.  Plaintiff failed to do so.

IT IS THEREFORE ORDERED that the complaint is hereby dismissed without prejudice.

DATED this 16th day of June, 2014.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE